# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | ) |
|          Plaintiff, | )   **PRETRIAL STATUS CONFERENCE** |
| vs. | ) |
| | )   Case No. 1:24-cr-108 |
| Deontae Maurice Jackson, | ) |
|          Defendant. | ) |

The undersigned shall hold a pretrial status conference with counsel by telephone on October 29, 2024, at 10:00 AM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (877) 810-9415 and enter access code 8992581. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 31st day of July, 2024.

                                                 */s/ Clare R. Hochhalter*
                                                 Clare R. Hochhalter, Magistrate Judge
                                                 United States District Court